UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROSA VALDES, Pro Se

       Plaintiff,

v.                          Case No:  2:26-cv-00336-JES-NPM

OFFICE  OF  MANAGEMENT  AND
BUDGET;    UNITED    STATES
DEPARTMENT    OF    LABOR;
DIRECTOR   SCOTT   BESSENT;
FEDERAL       COMMUNICATION
COMMISSION;   and   WILLIAM
MCKEAN,

       Defendants.

---

## ORDER

This  matter  comes  before  the  Court  on  review  of  the
"Complaint"[1] filed by Rosa Valdes (Doc. #1) filed on February 12,
2026.  Plaintiff did not submit the requisite filing fee, or an
application  to  proceed  *in forma pauperis*  with  the  document,
construed as a Complaint.

"The clerk of each district court shall require the parties
instituting any civil action, suit or proceeding in such court,
whether by original process, removal or otherwise, to pay a filing
fee. . . ."  28 U.S.C. § 1914(a).  The current filing fee is $405.

---

[1] The document contains no specific counts and no factual basis.  Instead,
plaintiff quotes a variety of statutes and definitions.  Accordingly, this
Complaint may be dismissed as a shotgun pleading given it does not separate
each cause of action or claim for relief into different counts.  Weiland v.
Palm Beach Cnty. Sheriff's Off., 792 F.3d 1313, 1323 (11th Cir. 2015).

Alternatively, if plaintiff is unable to pay the filing fee, she may request to proceed without prepayment of fees[2] if she submits an affidavit of all assets, and a statement that he is "unable to pay such fees".  28 U.S.C. § 1915(a).

The case cannot proceed until such time as plaintiff exercises one of these two options.

Given the Court's difficulty in understanding the Complaint, Plaintiff may do her best to file an amended complaint that is more legible to assist the Court in adjudicating her claims.[3]

Accordingly, it is hereby

**ORDERED:**

(1)  Plaintiff shall pay the $405 filing fee, or submit an Application to Proceed in District Court Without Prepaying Fees or Costs and Affidavit in Support, within **FOURTEEN (14) DAYS** of this Order.  The Clerk shall provide Plaintiff a copy of the application with this Order.

(2)  Plaintiff may file an amended complaint within **FOURTEEN (14) DAYS** of this Order.

---

[2] The form is available on the Court's website, https://www.uscourts.gov/forms-rules/forms/application-proceed-district-court-without-prepaying-fees-or-costs-long-form.

[3] There are forms available on the Court's website for litigants without lawyers, https://www.flmd.uscourts.gov/forms/all/litigants-without-lawyers-forms.

**DONE and ORDERED** at Fort Myers, Florida, this ___3rd___ day of March 2026.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record

- 3 -